**FLYNN, ROSE & PERKINS**
CHARLES B. PERKINS #126942
Email: cbperk@earthlink.net
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: 408-399-4566
Facsimile: 408-399-6683

Attorney for Plaintiff
TRICIA TUNG

*APPROVED*
*Judge Beth Labson Freeman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRICIA TUNG,<br><br>          Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No. C13-3121 BLF<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Case Mgmt. Conf.: May 7, 2014<br>Time:                  11:00 a.m. |

The parties to the above-entitled matter hereby advise the court that they have agreed to a settlement of this action. This settlement agreement is subject to finalization of certain terms and completion of the release process. The parties request that the Case Management Conference, currently scheduled for May 7, 2014, at 11:00 a.m., be taken off calendar, and that a further Case Management Conference, or other appropriate hearing to monitor completion of the settlement, be set in about 60 days.

DATE: April 30, 2014                                    **FLYNN, ROSE & PERKINS**

                                                                           /s/ Charles B. Perkins
                                                                           CHARLES B. PERKINS
                                                                           Attorney for Plaintiff TRICIA TUNG