**FLYNN, ROSE & PERKINS**
CHARLES B. PERKINS #126942
Email: cbperk@earthlink.net
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone:  408-399-4566
Facsimile:   408-399-6683
Attorney for Plaintiff
TRICIA TUNG

**SEDGWICK LLP**
MARK J. HANCOCK #160662
Email: mark.hancock@sedgwicklaw.com
REBECCA A. HULL #99802
Email: rebecca.hull@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone:  415-781-7900
Facsimile:   415-781-2635

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TRICIA TUNG, | Case No.  C13-3121 BLF |
| Plaintiff, | (formerly C13-3121 EJD) |
| vs. | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |
| METROPOLITAN LIFE INSURANCE COMPANY, | (Local Rule 16-9(b)) |
| Defendant. | **Date:**       **August 6, 2014** |
| | **Time:**      **10:00 am** |
| | **Courtroom:**   **Hon. Beth Labson Freeman** |

The parties are pleased to inform the Court that they have resolved their issues and have reached a settlement.  The finalization and execution of the settlement documentation has been delayed, and the parties therefore do not expect to have final paperwork executed and a request for dismissal filed prior to the currently scheduled Case Management Conference date of August 7, 2014.

The parties therefore respectfully request that the Court vacate the currently scheduled conference, and allow them an additional 30 days within which to file their request for dismissal.

**FLYNN, ROSE & PERKINS**

DATED:  July 31, 2014                    By:    */s/ Charles B. Perkins*
                                                CHARLES B. PERKINS
                                                Attorney for Plaintiff

**SEDWICK LLP**

DATED:  July 31, 2014                    By:    */s/ Mark J. Hancock*
                                                MARK J. HANCOCK
                                                Attorney for Defendant

*/s/ Beth Labson Freeman*
UNITED STATES DISTRICT COURT
Judge